**Christian CUTLER, Plaintiff–Appellee**

v.

**STEPHEN F. AUSTIN STATE UNIVERSITY; Baker Pattillo, President of Stephen F. Austin University; Richard Berry, Vice President of Stephen F. Austin; A.C. Himes, Dean of Fine Arts at Stephen F. Austin University; Scott Robinson, Defendants–Appellants.**

No. 12–41383
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 24, 2013.

Timothy Borne Garrigan, Stuckey, Garrigan & Castetter Law Offices, Nacogdoches, TX, for Plaintiff–Appellee.

James Carlton Todd, Assistant Attorney General, Office of the Attorney General, Austin, TX, for Defendants–Appellants.

---

Before JONES, DENNIS, and HAYNES, Circuit Judges.

PER CURIAM: *

Stephen F. Austin State University ("SFA") brings an interlocutory appeal of the district court's order requiring SFA to appear for a deposition pursuant to Federal Rule of Civil Procedure 30(b)(6). The face of the briefing discloses that the depositions have taken place. Accordingly, the challenge to those depositions is moot. SFA argues that its appeal is not moot because the depositions may be used at trial, now scheduled for July of 2013, and it may be ordered to testify at trial. This court does not have jurisdiction to issue advisory opinions regarding decisions of the district court that have not been made at a trial that has not been held. *Amar v. Whitley,* 100 F.3d 22, 24 (5th Cir.1996) (federal courts lack jurisdiction to issue advisory opinions and possibility of future issue does not warrant exception to mootness dismissal). We conclude that we lack jurisdiction over this appeal and DISMISS the appeal for want of jurisdiction.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

